531 A.2d 1390

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Howard BUTLER, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 5, 1986.

Decided Oct. 15, 1987.

Jeremy T. Ross, Philadelphia, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Unit, Karen Grigsby, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

Prior Report: 510 Pa. 489, 509 A.2d 1256.

PER CURIAM.

This appeal is dismissed as having been improvidently granted.